# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : No. 692 CIVIL PROCEDURAL RULES
: DOCKET
REAPPOINTMENTS TO THE CIVIL :
PROCEDURAL RULES COMMITTEE :

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of March, 2019, the following are reappointed as members of the Civil Procedural Rules Committee for a term of three years, commencing June 30, 2019:

        The Honorable Christine A. Ward
        Allegheny County

        The Honorable Daniel J. Anders
        Philadelphia

        Stanley M. Stein, Esquire
        Allegheny County